**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**JOSE ABRAHAM ORELLANA**                    **DOCKET NO. 2:24-CV-01047**
                                                              **SECTION P**

**VERSUS**                                                **JUDGE JAMES D. CAIN, JR.**

**MICHAEL MANUEL**                              **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 18th day of June, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**